UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>J. WELCH,<br><br>          Defendant. | Case No.: 1:23-cv-01563-JLT-SKO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 18) |

Plaintiff Leonel Hernandez is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     INTRODUCTION**

Following screening, this action proceeds on Plaintiff's Eighth Amendment threat to safety claim against Defendant Welch.

On June 7, 2024, Defendant filed a waiver of service. (Doc. 17.) A responsive pleading was due on or before July 8, 2024. (*Id.*)  On July 3, 2024, Defendant filed an ex parte application for an extension of time within which to file a responsive pleading to Plaintiff's complaint. (Doc. 18.)

**II.     DISCUSSION**

Defendant seeks a 28-day extension of time within which to file a responsive pleading to Plaintiff's complaint. (Doc. 18.) Defendant's motion is supported by the Declaration of Deputy

Attorney General Lisa E. Giarratano. (*Id*. at 5-7.) Defense counsel states she was assigned this action on May 15, 2024. (*Id*. at 5, ¶ 2.) On June 19, 2024, counsel's office requested documents from Plaintiff's current institution, but has not yet received these documents. (*Id*., ¶ 3, ¶ 4.) Counsel states she will be traveling outside of California between July 2 and July 6, 2024, and the filing deadlines and activities in another action filed in this Court and in other federal district courts compete with the deadline in this action. (*Id*., ¶ ¶ 5, 6.)  Counsel states she also reported for jury duty in a California state court on May 30, 2024, June 5, 2024, and June 6, 2024. (*Id*., ¶ 7.) Lastly, counsel states her request is not made for the purpose of harassment or undue delay, and she does not believe Plaintiff will be prejudiced by the request. (*Id*., at 6, ¶ 9.)

### III.   CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that Defendant's ex parte application for an extension of time within which to file a responsive pleading (Doc. 18) is **GRANTED**. Defendant **SHALL** file a responsive pleading **no later than August 5, 2024**.

IT IS SO ORDERED.

Dated:   **July 8, 2024**                              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

2