UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL HERNANDEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>J. WELCH,<br><br>                    Defendant. | Case No.: 1:23-cv-01563-JLT-SKO<br><br>**ORDER FOR WARDEN OF CALIFORNIA STATE PRISON, LANCASTER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>**14-DAY RESPONSE DEADLINE** |

Plaintiff Leonel Hernandez is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter was scheduled for a settlement conference via Zoom videoconferencing before the undersigned on December 10, 2024, at 1:00 p.m.

On November 4, 2024, the Court issued its Order & Writ of Habeas Corpus Ad Testificandum, directing Plaintiff's custodian to produce him for a Zoom video conference on December 10, 2024, at 1:00 p.m. (*See* Doc. 29.) The writ was served on the institution's litigation coordinator via email and regular mail on that same date.

On December 10, 2024, at 1:00 p.m., and despite waiting for a half hour, Plaintiff failed to appear at the settlement conference.

Accordingly, the Court **ORDERS** the Warden at California State Prison, Lancaster to show cause in writing, **within 14 days**, why sanctions should not issue for his or her failure to comply with a court order to arrange for Plaintiff's appearance. The warden shall explain why he or she did not make Plaintiff available for the settlement conference. The Court will consider resetting the settlement conference following a response.

Additionally, the Clerk of the Court is **DIRECTED** to serve a copy of this order to the litigation coordinator at California State Prison, Lancaster, via email and regular mail, and to Supervising Deputy Attorney General Lawrence Bragg via email at Lawrence.Bragg@doj.ca.gov.

IT IS SO ORDERED.

Dated:   **December 11, 2024**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE