UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL HERNANDEZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>J. WELCH,<br><br>                    Defendant. | Case No.: 1:23-cv-01563-JLT-SKO<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 40) |

On April 3, 2025, counsel for Defendant J. Welch filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 40.) The stipulation is signed and dated by Plaintiff Leonel Hernandez and Connor Nordstrom, counsel for Defendant, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id*.)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **April 4, 2025**                         /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE